**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AMTRUST NORTH AMERICA,
on behalf of Douglas Wainwright,

    Plaintiff,

v.                                              Case No.  3:19-cv-1004-J-34PDB

SENNEBOGEN MASCHINENAFABRIK
GMBH, d/b/a Sennebogen, LLC,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Report & Recommendation (Dkt. No. 38; Report) entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on August 25, 2020.  In the Report, Judge Barksdale recommends that Defendant's Motion to Quash Service of Process and to Dismiss the Complaint for Lack of Personal Jurisdiction (Dkt. No. 17) be granted in part and that this case be dismissed without prejudice for lack of personal jurisdiction.  See Report at 37.  To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

<u>United States v. Rice</u>, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED**:

1. The Report & Recommendation (Dkt. No. 38) is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Quash Service of Process and to Dismiss the Complaint for Lack of Personal Jurisdiction (Dkt. No. 17) is **GRANTED** to the extent that this case is **DISMISSED without prejudice** for lack of personal jurisdiction.

3. The Clerk of the Court is directed to terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of September, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

2